IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| JAMES O. STRUTHERS, Individually, and as Administrator of the Estate of ALICIA STRUTHERS, deceased, | *<br>*<br>*<br>*<br>* |
| Plaintiff, | *<br>* |
| v. | *   CV 06-0026<br>* |
| MERCK & CO., INC., a foreign Corporation; ANNE BRANDON, an individual; LAMONDE RUSSELL, an individual; and ficitious defendants, et al, etc., | *<br>*<br>*<br>*<br>*<br>* |
| Defendants. | * |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Merck & Co., Inc. has this date filed its Notice of Removal in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, a copy of which is attached hereto as **Exhibit A**.

Respectfully submitted this the 9th day of February, 2006.

Richard B. Garrett
   Bar Number: (ASB-0782-A29R)
Mike Brock
   Bar Number: (ASB-5280-B61R)

EXHIBIT B

F. Chadwick Morriss
   Bar Number: (ASB-8504-S75F)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone: 334/206-3100
Fax: 334/263-4157
E-mail:   rbg@rsjg.com
          rcb@rsjg.com
          fcm@rsjg.com

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon:

Andy D. Birchfield, Esquire
J. Paul Sizemore, Esquire
Beasley, Allen, Crown,
   Methvin, Portis & Miles, P. C.
P. O. Box 4160
Montgomery, Alabama 36103-4160

by placing same in the United States mail, postage prepaid, this the ___9th___ day of February, 2006.

_____
Of Counsel