IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES O. STRUTHERS, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv127-MHT |
| ) | |
| MERCK & CO., INC., a ) | |
| foreign Corporation, ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

## ORDER

It is ORDERED that the motions to dismiss (Doc. Nos. 4 & 5) and motion to stay (Doc. No. 6) are set for submission, without oral argument, on February 24, 2006, with all briefs due by said date.

DONE, this the 14th day of February, 2006.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE