IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES O. STRUTHERS, etc.,     )<br>                               )<br>    Plaintiff,               )<br>                               )      CIVIL ACTION NO.<br>    v.                         )        2:06cv127-MHT<br>                               )<br>MERCK & CO., INC., a           )<br>foreign Corporation,           )<br>et al.,                        )<br>                               )<br>    Defendants.               ) | |

ORDER

It is ORDERED that the motion to remand (Doc. No. 13) is set for submission, without oral argument, on March 8, 2006, with all briefs due by said date.

DONE, this the 24th day of February, 2006.

　　　　　　　　　　　　　　／s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE