# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

March 2, 2006

TO INVOLVED COUNSEL

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-43)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

NOTICE OF OPPOSITION DUE ON OR BEFORE: __March 17, 2006__ (4 p.m. EST)
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By/s/ _____
Deputy Clerk

Attachments

JPML Form 39


EXHIBIT "A"

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 2 2006

DOCKET NO. 1657

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-43)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,259 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-43 -- TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM  2  06-127 | James O. Struthers, etc. v. Merck & Co., Inc., et al. |
| ALM  3  06-128 | Rosemary Leverett, etc. v. Merck & Co., Inc., et al. |
| **ALABAMA NORTHERN** | |
| ALN  2  06-184 | Martha Faircloth, etc. v. Merck & Co., Inc. |
| ALN  2  06-226 | Louise Partin v. Merck & Co., Inc., et al. |
| ALN  2  06-269 | Freddie Walker Arnold, et al. v. Merck & Co., Inc. |
| ALN  2  06-315 | Robert Glenn v. Merck & Co., Inc. |
| ALN  6  06-143 | ReDonna Earle Wakefield Miller, etc. v. Merck & Co., Inc., et al. |
| ALN  7  06-281 | Virginia A. Rogers v. Merck & Co., Inc. |
| **ALABAMA SOUTHERN** | |
| ALS  1  06-44 | Robert Shawn Roach, et al. v. Merck & Co., et al. |
| **ARKANSAS WESTERN** | |
| ARW  4  06-4011 | Dale A. Rogers v. Merck & Co., Inc. |
| **ARIZONA** | |
| AZ  4  06-42 | Gerald Tuggle, et al. v. Merck & Co., Inc. |
| **CALIFORNIA EASTERN** | |
| CAE  2  06-241 | Carol Lewis v. Merck & Co, Inc., et al. |
| CAE  2  06-281 | Andrew Garrick, et al v. Merck & Co., Inc., et al. |
| CAE  2  06-324 | Manuel Chavez, et al. v. Merck & Co., Inc., et al. |
| CAE  2  06-330 | William Morning, etc. v. Merck & Co, Inc., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  05-4949 | Mary Zumut v. Merck & Co., Inc. |
| CAN  3  06-424 | Marvin Knox v. Merck & Co., Inc. |
| CAN  3  06-716 | Marilyn Artieres, etc. v. Merck & Co., Inc. |
| **FLORIDA MIDDLE** | |
| FLM  2  06-61 | Natalie Jane Stewart v. Merck & Co, Inc., et al. |
| FLM  2  06-62 | Susan Wright, etc. v. Merck & Co, Inc., et al. |
| FLM  3  06-104 | Ruby A. Barbaree v. Merck & Co., Inc. |
| FLM  3  06-105 | Laura D. Page, et al v Merck & Co., Inc. |
| **FLORIDA SOUTHERN** | |
| FLS  1  06-20227 | Gloria Jean Thomas v. Merck & Co., Inc. |
| FLS  9  06-80117 | Edward Hettiger, etc. v. Merck & Co, Inc., et al. |
| **IOWA NORTHERN** | |
| IAN  1  05-174 | Paul Nadermann, et al. v. Merck & Co., Inc. |
| **IOWA SOUTHERN** | |
| IAS  4  06-35 | Christopher Wright, et al. v Merck & Co., Inc. |

SCHEDULE CTO-43 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 2 of 4

<u>DIST. DIV. C.A. #</u>            <u>CASE CAPTION</u>

ILLINOIS NORTHERN
  ILN   1   06-640          Francisco Gonzalez, etc. v. Merck & Co., Inc.
  ILN   1   06-716          Edward Freemon v. Merck & Co., Inc.

ILLINOIS SOUTHERN
  ILS   3   06-63           Willis Fuller, et al. v. Merck & Co., Inc.
  ILS   3   06-64           Robert Paskero v. Merck & Co., Inc., et al.
  ILS   3   06-65           Eugene Perry, et al. v. Merck & Co., Inc.
  ILS   3   06-92           Billy Lathan v. Merck & Co., Inc.
  ILS   3   06-93           Lena Done v. Merck & Co., Inc

INDIANA NORTHERN
  INN   1   05-417          Teresa Meyer, etc. v. Merck & Co., Inc.

INDIANA SOUTHERN
  INS   2   06-27           Anita Jane Taylor, et al. v Merck & Co., Inc.
  INS   2   06-33           Vernon Dickerson, et al. v. Merck & Co., Inc.

KENTUCKY WESTERN
  KYW   3   05-559          Betty Sims v. Merck & Co., Inc.

LOUISIANA WESTERN
  LAW   2   06-133          Huey Elija Pete, etc. v. Merck & Co., Inc., et al.
  LAW   5   05-2249         Estate of Martha Riser v. Merck & Co., Inc.

MARYLAND
  MD    1   06-309          Burnell Davis v. Merck & Co., Inc.
  MD    1   06-313          Vick C. Smith, et al. v. Merck & Co., Inc.
  MD    1   06-324          Carry L. Jackson, et al. v. Merck & Co., Inc.

MICHIGAN EASTERN
  MIE   1   06-10364        Edward Thomas v. Merck & Co., Inc.

MINNESOTA
  MN    0   06-423          Alan Bachman v. Merck & Co., Inc.
  MN    0   06-432          Lynda Redmond v. Merck & Co., Inc.
  MN    0   06-466          Ronald Strelow, et al. v. Merck & Co., Inc.
  MN    0   06-474          Annette Johnson, etc. v. Merck & Co., Inc.
  MN    0   06-486          Cathlean Tittle, etc. v. Merck & Co., Inc.
  MN    0   06-488          Marlene Mannstedt, et al. v. Merck & Co., Inc.
  MN    0   06-489          David Redmond, et al. v. Merck & Co., Inc.
  MN    0   06-499          JoAnn Gullickson v. Merck & Co., Inc.
  MN    0   06-500          Betty Aune, etc. v. Merck & Co., Inc.
  MN    0   06-527          John Drobnick, et al. v. Merck & Co., Inc.
  MN    0   06-530          Willie E. Sadberry, etc. v. Merck & Co., Inc
  MN    0   06-623          Robert Hunter, etc. v. Merck & Co., Inc.

MISSOURI EASTERN
  MOE   4   06-167          Loretta Bennett v. Merck & Co., Inc.

MISSISSIPPI NORTHERN
  MSN   4   06-25           Louise McElroy v. Merck & Co., Inc., et al.

SCHEDULE CTO-43 TAG-ALONG ACTIONS (MDL-1657)                PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK EASTERN** | |
| NYE 1 06-406 | Basil Ebong, et al. v. Merck & Co., Inc. |
| NYE 1 06-490 | Karen Padova v. Merck & Co., Inc. |
| NYE 1 06-629 | Joan Reinhardt v. Merck & Co., Inc. |
| **NEW YORK NORTHERN** | |
| NYN 3 06-114 | Ralph Pratt, et al. v. Merck & Co., Inc. |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-545 | Camille Gomez, et al. v. Merck & Co., Inc. |
| NYS 1 06-792 | Thomas Jackson v. Merck & Co., Inc. |
| **NEW YORK WESTERN** | |
| NYW 6 06-6065 | Gergory Paterniti v. Merck & Co., Inc., et al |
| NYW 6 06-6066 | George Adams v. Merck & Co., Inc., et al |
| NYW 6 06-6067 | David Grace v. Merck & Co., Inc., et al. |
| NYW 6 06-6068 | Deborah Stroka v. Merck & Co., Inc., et al. |
| NYW 6 06-6069 | Bruce Stenzel v. Merck & Co., Inc., et al. |
| NYW 6 06-6070 | Beverley Porter v. Merck & Co., Inc., et al. |
| NYW 6 06-6074 | Ronald Ciura, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6075 | Eugenia B. Lukasik, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6090 | Michael Farciglia, et al. v. Merck & Co., Inc., et al. |
| NYW 6 06-6091 | Kristie L. Maracle, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6097 | Pauline Dempsey v. Merck & Co., Inc., et al. |
| **OHIO NORTHERN** | |
| OHN 1 06-274 | Emily Joseph-Klein, etc. v. Merck & Co., Inc. |
| **OKLAHOMA EASTERN** | |
| OKE 6 06-63 | Darla Harris, etc. v. Merck & Co., Inc |
| **OKLAHOMA NORTHERN** | |
| OKN 4 06-49 | Linda Rountree, et al. v. Merck & Co., Inc., et al. |
| OKN 4 06-64 | Jimmie Neal Pope, et al. v. Merck & Co., Inc |
| **OKLAHOMA WESTERN** | |
| OKW 5 06-157 | William Pickle, Sr. v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-263 | Alphonso Maxwell, Jr. v. Merck & Co., Inc. |
| PAE 2 06-272 | Michael Getz, et al. v. Merck & Co., Inc. |
| PAE 2 06-388 | Robbie Tallas, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-389 | Robbie Tallas, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-507 | Deborah Veysey, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-575 | George V. Edwards, et al v. Merck & Co., Inc., et al. |
| PAE 2 06-639 | Carol Jones, etc. v. Merck & Co., Inc., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 2 06-144 | Drew Schuckman v. Merck & Co., Inc. |
| PAW 2 06-145 | Theodore Graban, Jr., et al. v. Merck & Co., Inc. |
| **RHODE ISLAND** | |
| RI 1 06-65 | Frank Detorie, et al. v. Merck & Co., Inc., et al |

SCHEDULE CTO-43 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **SOUTH CAROLINA** | |
| SC  3  05-2548 | Robert Don Ashworth, et al. v. Merck & Co., Inc. |
| SC  3  06-299 | Caroline Seigler, et al. v. Merck & Co., Inc. |
| **TEXAS EASTERN** | |
| TXE  1  06-31 | Donald R. Goodwin, et al. v. Merck & Co., Inc. |
| TXE  1  06-40 | Michael Lavon Fletcher, et al. v. Merck & Co., Inc. |
| TXE  2  06-49 | Thomas Rudd v. Merck & Co., Inc. |
| TXE  5  06-28 | Walter Joe Skelton v. Merck & Co., Inc. |
| TXE  6  06-54 | Brenda Jones v. Merck & Co., Inc. |
| **TEXAS NORTHERN** | |
| TXN  3  06-248 | Christopher Baker v. Merck & Co., Inc. |
| **TEXAS SOUTHERN** | |
| TXS  1  06-14 | Santos Fraga, et al. v. Merck & Co., Inc., et al. |
| TXS  2  06-53 | Beatriz Garcia, et al. v. Merck & Co., Inc., et al. |
| TXS  2  06-56 | Amanda Salinas, et al. v. Merck & Co., Inc., et al. |
| TXS  3  06-68 | Judith Ann Watson v. Merck & Co., Inc. |
| TXS  3  06-85 | Eva Lamb v. Merck & Co., Inc. |
| TXS  4  06-312 | Debra McCain v. Merck & Co., Inc. |
| TXS  4  06-313 | Frank Taylor v. Merck & Co., Inc. |
| TXS  4  06-315 | Corine Harmon v. Merck & Co., Inc. |
| TXS  4  06-316 | Oralia Jacques v. Merck & Co., Inc. |
| TXS  4  06-317 | Robenia Brooks v. Merck & Co., Inc. |
| TXS  4  06-319 | James Coleman v. Merck & Co., Inc. |
| TXS  4  06-334 | Ella Hutchinson v. Merck & Co., Inc. |
| TXS  4  06-338 | Joyce Taylor v. Merck & Co., Inc. |
| TXS  4  06-345 | Clydene Daskey v. Merck & Co., Inc. |
| TXS  4  06-356 | Dolores Beyer v. Merck & Co., Inc. |
| TXS  4  06-357 | Jerry Yeaney v. Merck & Co., Inc. |
| TXS  4  06-358 | Gloria Brooks v. Merck & Co., Inc. |
| TXS  4  06-365 | Cynthia David v. Merck & Co., Inc. |
| TXS  4  06-368 | Gloria Baiamonte v. Merck & Co., Inc. |
| TXS  4  06-369 | Virginia Jones v. Merck & Co., Inc. |
| TXS  4  06-370 | John Gustafson v. Merck & Co., Inc. |
| TXS  4  06-373 | Brenda Diana Primus v. Merck & Co., Inc. |
| TXS  4  06-374 | Pedro J. Moreno, Jr. v. Merck & Co., Inc. |
| TXS  4  06-375 | Arie Anderson, et al. v. Merck & Co., Inc. |
| TXS  4  06-410 | Gloria Martinez Nicar v. Merck & Co., Inc. |
| TXS  4  06-444 | Janet Douglas, et al. v. Merck & Co., Inc. |
| TXS  5  06-16 | Esperanza Garcia, et al. v. Merck & Co., Inc., et al. |
| TXS  6  06-8 | Raymond O'Brien, et al. v. Merck & Co., Inc. |
| TXS  7  06-21 | Juanita Alvarado, et al. v. Merck & Co., Inc., et al. |
| **UTAH** | |
| UT  2  06-70 | Sharon Balfour v. Merck & Co., Inc. |
| UT  2  06-110 | Myron Sorenson, et al. v. Merck & Co., Inc. |
| UT  2  06-111 | Don Iverson, et al. v. Merck & Co., Inc. |

RULE 5.2:    SERVICE OF PAPERS FILED

(a)    All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b)    The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c)    Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d)    In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e)    If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

<u>RULE 7.4:</u>    <u>CONDITIONAL TRANSFER ORDERS FOR "TAG-ALONG ACTIONS"</u>

(a)    Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation. The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b)    Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c)    Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period. If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule.

(d)    Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel. Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e)    Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f)    Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

<u>RULE 7.5:</u>    <u>MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"</u>

(a)    Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b)    Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c)    Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407. Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown. The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d)    A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

(e)    Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

# INVOLVED COUNSEL LIST (CTO-43)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Joslyn R. Alex
Alex & Assoc.
P.O. Box 126
Breaux Bridge, LA 70517-0126

Mary E. Alexander
Mary Alexander & Associates, P.C.
44 Montgomery Street
Suite 1303
San Francisco, CA 94104

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Daniel E. Barenbaum
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Donald G. Beattie
Beattie Law Firm PC
4300 Grand Ave
Des Moines, IA 50312

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Lawrence P. Biondi
81 Main Street
Suite 504
White Plains, NY 10601

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Donald F. Black
Harrell & Harrell, PA
4735 Sunbeam Road
Jacksonville, FL 32257

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Matthew C. Boulton
Keller & Keller
2850 North Meridian Street
Indianapolis, IN 46208

Donna J. Bowen
Slack & Davis
8911 Capital of Texas Highway
Suite 2110
Austin, TX 78759

Anthony G. Brazil
Morris, Polich & Purdy, LLP
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017-2503

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102

Christine K. Bush
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence, RI 02903

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway
18th Floor
New York, NY 10271

Raymond S. Carroll
Weiner, Carroll & Strauss
119 Rockland Center
Suite 425
Nanuet, NY 10954

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

William T. Causby
Nelson, Mullins, Riley & Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211-1070

Harry William Champ
Davis, Champ & Associates
601 S. Boulder
Suite 100
Tulsa, OK 74119

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Andrew T. Citrin
Citrin & Mcglothren
P.O. Drawer 2187
Daphne, AL 36526

Charles W. Cohen
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

John L. Collins
Gallian, Wilcox, Welker & Olson
59 South 100 East
St. George, UT 84770

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street
Suite 2400
Los Angeles, CA 90017

INVOLVED COUNSEL LIST (CTO-43) MDL-1657                                      PAGE 2 of 5

David A. Cutt
Eisenberg, Gilchrist & Morton
215 South State Street
900 Parkside Tower
Salt Lake City, UT 84111

Mark W. Damisch
Barclay & Damisch, Ltd.
161 North Clark Street
Suite 4950
Chicago, IL 60601

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 South Broadway
Rochester, MN 55904

Emile A. Davis
Winer, McKenna & Davis, LLP
One Kaiser Plaza
Suite 1450
Oakland, CA 94612

Timothy C. Davis
Heninger, Burge, Vargo & Davis
2146 Highland Avenue, South
Birmingham, AL 35205

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Ste 2200
San Antonio, TX 78205

Aaron K. Dickey
Goldenberg, Miller, Heller
& Antognoli, P.C.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025-0959

Jennifer H. Doan
Haltom & Doan, LLP
6500 North Summerhill Road
Crown Executive Center, Suite 1A
P.O. Box 6227
Texarkana, TX 75505

Andrew S. Doctoroff
Honigman, Miller, Schwartz
& Cohen
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3583

Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr. & Associates
225 Franklin Street
26th Floor
Boston, MA 02110

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Thomas E. Dutton
Pittman, Hooks, Dutton, Kirby
& Hellums, PC
Park Place Tower
Suite 1100
2001 Park Place North
Birmingham, AL 35203

Brady S. Edwards
Edwards Burns & Krider LLP
1000 Louisiana
Suite 1300
Houston, TX 77002

Tony W. Edwards
Stipe, Harper, Laizure, Uselton,
Edwards & Belote
P.O. Box 1369
McAlester, OK 74502

Jeffrey T. Embry
Hossley & Embry
313 E Charnwood
Tyler, TX 75701

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib
& Assoc
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

G. Steven Fleschner
Fleschner, Stark, Tanoos & Newlin
201 Ohio Street
Terre Haute, IN 47807

David M. Freeman
Matt Freeman & Associates
230 Westcott
Suite 202
Houston, TX 77007

Paul David Friedman
O'Steen & Harrison
300 W. Clarendon
Suite 400
Phoeniz, AZ 85013-3692

Daniel N. Gallucci
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

W. Lewis Garrison, Jr.
Garrison Scott, PC
2224 First Avenue North
P.O. Box 11310
Birmingham, AL 35203-1310

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290

Richard M. Golomb
Golomb & Honik, P.C.
121 South Broad Street
9th Floor
Philadelphia, PA 19107

Crystal R. Griffin
Colom Law Firm
200-6th Street North
Columbus, MS 39701

William H. Gussman, Jr.
Schulte, Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Albert Rowell Hanna
Law Office of Hayden E. Hanna, PLLC
312 East Peach Street
P.O. Box 1853
El Dorado, AR 71730-1853

Kimberly K. Hardeman
Moyer & Bergman, P.L.C.
2720 1st Avenue, NE
P.O. Box 1943
Cedar Rapids, IA 52406-1943

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway
7th Floor
Houston, TX 77019-2133

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

INVOLVED COUNSEL LIST (CTO-43) MDL-1657 PAGE 3 of 5

William Zachary Hughes
Baker Botts LLP
910 Louisiana
Suite 3000 One Shell Plaza
Houston, TX 77002-4995

Jane E. Joseph
Lopez, Hodes, Restaino, Milman
& Skikos
13938A Cedar Road
Suite 373
Cleveland, OH 44118

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Samuel W. Junkin
Samuel W. Junkin, PC
Alston Place
Suite 600
601 Greensboro Avenue
Tuscaloosa, AL 35401

Paul M. Kaufman
801 Terminal Tower
50 Public Square
Cleveland, OH 44113

Darla L. Keen
Lytal, Reiter, Clark, Fountain
& Williams, LLP
515 North Flagler Drive
Tenth Floor
P.O. Box 4056
West Palm Beach, FL 33402-4056

Michael E. Kennedy
Sciullo & Goodyear
564 Forbes Avenue
1302 Manor Bldg
Pittsburgh, PA 15219

John A. Kenney
McAfee & Taft
Two Leadership Square,
211 N. Robinson, 10th Floor
Oklahoma City, OK 73102-7101

S. Tessie Kenny
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Sherman B. Kerner
Grey & Grey, LLP
360 Main Street
Farmingdale, NY 11735

Paul R. Kiesel
Kiesel, Boucher & Larson
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Aneca E. Lasley
Squire, Sanders & Dempsey, LLP
1300 Huntington Center
41 South High Street
Columbus, OH 43215

Gregory M. Lederer
Simmons, Perrine, Albright
& Ellwood
115 Third Street, SE
Suite 1200
Cedar Rapids, IA 52401-1266

Gary S. Logsdon
Logsdon & Hawkins, P.S.C.
1647 Scottsville Road
P.O. Box 3400
Bowling Green, KY 42102-3400

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Stacey Lynn Luedtke
Lewis & Roca, LLP
40 N. Central Ave
Phoenix, AZ 85004-4429

Leslie Lynch
Phillips, McFall, McCaffrey, McVay
& Murrah
One Leadership Square
211 North Robinson Avenue
12th Floor
Oklahoma City, OK 73102

Maryanne Lyons
Baker Botts LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

Kurt W. Maier
English, Lucas, Priest & Owsley, LLP
1101 College Street
P.O. Box 770
Bowling Green, KY 42102-0770

Ramona Martinez
Cowles & Thompson, P.C
901 Main Street
Suite 4000
Dallas, TX 75202-3793

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street
Suite 2
Jacksonville, FL 32204

William T. McCall
Guillory & McCall
P.O. Box 1607
Lake Charles, LA 70602

Andrea L. McDonald-Hicks
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Edward L. McRight, Jr.
Ed Mcright Jr. Law Office
3000 Riverchase Galleria
Suite 955
Birmingham, AL 35244

James F. Metcalf
Metcalf & Metcalf, P.C.
51 West 2nd Street
Yuma, AZ 85364

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens
& Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225-2567

INVOLVED COUNSEL LIST (CTO-43) MDL-1657                                                           PAGE 4 of 5

John H. Modesett, III
301 Congress, Suite 2100
Austin, TX 78701

F. Chadwick Morris
Rushton, Stakely, Johnston
& Garrett, PA
P.O. Box 270
Montgomery, AL 36101-0270

F. Chadwick Morriss
Rushton, Stakely, Johnston
& Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Wayne Morse, Jr.
Clark Dolan Morse Oncale & Hair, PC
800 Shades Creek Pkwy
Birmingham, AL 35209

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202-2415

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404

Thao Trong Nguyen
Plews, Shadley, Racher & Braun
53732 Generations Drive
South Bend, IN 46635

James J. O'Donnell
O'Donnell & Smith
309 Lennon Lane
Suite 101
Walnut Creek, CA 94598

Leonard R. Parks
Law Offices of Leonard R. Parks
& Assoc.
1301 S. Broad Street, Suite 200
Philadelphia, PA 19147

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
400 South 4th Sreet
1012 Grain Exchange Building
Minneapolis, MN 55415

Susan J. Pope
Frost, Brown & Todd, L.L.C
250 West Main Street
Suite 2700
Lexington, KY 40507-1749

John Quattrocchi, III
Twin Rivers Bldg.
2 Douglas Pike
Smithfield, RI 02917

Bryan C. Reuter
Stanley, Flanagan & Reuter, LLC
909 Poydras Street
Suite 2500
New Orleans, LA 70112

Adolfo Ruiz Rodriguez, Jr.
Rodriguez Law Firm
4311 Oak Lawn Ave.
Suite 600
Dallas, TX 75219

James E. Ross, Jr.
Ross Law Firm
P.O. Box 1295
Monroe, LA 71210-1295

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104

Chad Schulze
Milavetz Gallop & Milavetz
6500 France Avenue, South
Edina, MN 55435

Anne M. Seibel
Bradley Arant Rose & White
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35283-0709

James F. Self, Jr.
James F. Self & Associates, Inc.
8720 S. Pennsylvania
Suite B
Oklahoma City, OK 73159

Michael D. Shalhoub
Heidell, Pittoni, Murphy & Bach, LLP
99 Park Ave.
New York, NY 10016

Brian Alan Sher
Bryan Cave
161 North Clark, #4800
Chicago, IL 60601-3206

Steve M. Sikich
309 E. Sallier Street
Suite B
Lake Charles, LA 70601

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Jo L. Slama
Tawwater & Slama
211 North Robinson Avenue
Suite 1950
Oklahoma City, OK 73102

Jason M. Steffens
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE
Suite 1200
Cedar Rapids, IA 52401

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Joseph P. Strom, Jr.
Strom Law Firm, LLP
2110 Beltine Blvd.
Suite A
Columbia, SC 29204

Edward Thomas
Pro Se
2300 South Jefferson
Apt # 7
Saginaw, MI 48061

Joseph L. Tucker
K. Stephen Jackson, PC
Black Diamond Building
2229 First Avenue North
Birmingham, AL 35203

INVOLVED COUNSEL LIST (CTO-43) MDL-1657                                                                                   PAGE 5 of 5

Harold K. Tummel
Tummel & Casso
4861 N. McColl Road
McAllen, TX 78504

Kay L. Van Wey
Van Wey & Johnson
3100 Monticello Avenue
Suite 500
Dallas, TX 75205

William L. Veen
Law Offices of William L. Veen
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

Marcus W. Viles
Viles & Beckham, P.A.
2075 West First Street
Suite 100
P.O. Box 2486
Ft. Myers, FL 33902

Theresa M. Walsh
Brown & Chiari, LLP
5775 Broadway
Lancaster, NY 14086

Alvin R. Washington
P.O. Box 2291
Baton Rouge, LA 70821

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Seth S. Webb
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

James L. Welsh, III
Payne, Welsh & Klingensmith
Penn Plaza
Suite 208
Turtle Creek, PA 15145

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

Henry C. Wiley, Jr.
King, Harrison & Bryan
P.O. Box 1688
1824 Third Avenue South
Jasper, AL 35502

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett, PA
184 Commeerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123