**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 8, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Struthers v. Merck & Co., Inc. et al

**Case Number:** 2:06-cv-00127-MHT

**This Notice of Correction was filed in the referenced case this date to correct the main PDF document previously attached by E-filer.**

**The correct PDF main document is attached to this notice for your review. Reference is made to document # 18  filed on  March 7, 2006.**