1

```
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF LOUISIANA
                        NEW ORLEANS, LOUISIANA
3

4

5
      IN RE:   VIOXX PRODUCTS       *    Docket MDL 1657-L
6        LIABILITY LITIGATION       *
                                    *    June 23, 2005
7                                   *
                                    *    9:30 a.m.
8     * * * * * * * * * * * * * *   *

9

10
                      STATUS CONFERENCE BEFORE THE
11                    HONORABLE ELDON E. FALLON
                      UNITED STATES DISTRICT JUDGE
12

13    APPEARANCES:

14

15    For the Plaintiffs:          Seeger Weiss
                                    BY:  CHRISTOPHER A. SEEGER, ESQ.
16                                  One William Street
                                    New York, New York 10004
17

18    For the Defendants:          Stone Pigman Walther Wittmann
                                    BY:  PHILLIP A. WITTMANN, ESQ.
19                                  546 Carondelet Street
                                    New Orleans, Louisiana 70130
20

21    Official Court Reporter:     Toni Doyle Tusa, CCR
                                    500 Poydras Street, Room B-406
22                                  New Orleans, Louisiana 70130
                                    (504) 589-7778
23

24

25    Proceedings recorded by mechanical stenography, transcript
      produced by computer.
```

EXHIBIT

A

21

1    with this issue in that fashion   We have a confidentiality

2    agreement which will allow the defendants comfort to produce

3    certain information without fear that their future economic

4    security is in jeopardy.   The remand issues.

5            MR. SEEGER:  Judge, that's in the report.  You are

6    going to be dealing with remand motions as a group by

7    procedures that you will be setting up.

8            THE COURT:  Right.  This is always an issue which the

9    MDL Court has to look at.  The question is posed   There are

10   various issues of remand in various cases throughout the

11   country   Again, a significant advantage of the MDL concept is

12   some consistency.  The Rule of Law is really based on

13   consistency.  If different decisions are made by numerous

14   judges, then you have no consistency and no predictability and

15   no one knows exactly what to do or how to do it.  It's easier

16   if one court decides some of these matters than if 50 or 100

17   courts decide the matter.

18           I'm conscious of dealing with the remand as

19   quickly as possible, but I do want to get them all together,

20   look at them, see if I can group them in some way, and then

21   direct my attention on each particular group and deal with that

22   issue in a consistent and fair fashion for that group.  I will

23   be dealing with them as quickly as I can, but also with an idea

24   of having more consistency.  I'll be speaking about this

25   perhaps later on because I do have some concepts and ideas